No. 220.   Charles K. Harris Music Publishing Co.,
Inc., v. Edward B. Marks Music Corp.   C. A. 2d Cir.
Certiorari denied.   *Maxwell Okun* for petitioner.   *Harold Berkowitz* for respondent.

No. 222.   Mason v. United States.   C. A. 10th Cir.
Certiorari denied.   *Francis P. O'Neill* for petitioner.
*Solicitor General Rankin, Assistant Attorney General
Anderson, Beatrice Rosenberg* and *Eugene L. Grimm* for
the United States.

No. 223.   Peerless Casualty Co. et al. v. United
States for the use and benefit of Hopper Brothers
Quarries.   C. A. 8th Cir.   Certiorari denied.   *Thomas
B. Roberts* for petitioners.

No. 226.   General Public Utilities Corp. et al. v.
United States.   Court of Claims.   Certiorari denied.
*Jerome R. Hellerstein* and *Victor Brudney* for petitioners.
*Solicitor General Rankin, Assistant Attorney General
Rice, Joseph F. Goetten* and *Grant W. Wiprud* for the
United States.

No. 227.   Spaeth v. United States.   C. A. 6th Cir.
Certiorari denied.   *William R. Pringle* for petitioner.

No. 229.   Porto Rico Telephone Co. v. Descartes,
Secretary of the Treasury of Puerto Rico.   C. A. 1st
Cir.   Certiorari denied.   *George Jackson Eder* for petitioner.   *Francisco Espinosa, Jr.,* Acting Attorney General of Puerto Rico, *Arturo Estrella* and *Carlos G.
Latimer,* Assistant Attorneys General, and *Jose Trias
Monge* for respondent.